IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LUCY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03-CV-1097-WKW |
| | ) | (WO) |
| LAMAR GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1)  Judgment be and is hereby entered in favor of the defendant, Lamar Glover, and against the plaintiff, Lucy Williams.

(2)  Costs are taxed against plaintiff, Lucy Williams, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 31st day of March, 2006.

                     /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE